

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:           01-14-00147-CV

Style:          Duma Energy Corporation f/k/a Strategic American Oil Corporation and Galveston Bay

Energy, LLC v. ERG Resources, LLC

Date motion filed[*]:     April 9, 2014

Type of motion:     Motion for additional time

Party filing motion:     Joint—Appellants and appellee

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:      Current Due date:
        Date Requested:

Ordered that motion is:

       ☑      Granted in part and dismissed in part

            If document is to be filed, document due: Reporter's record—June 6, 2014

            ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐      Denied

       ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

       ☐      Other: _____

**The motion for extension of time to mediate is granted. The deadline for the parties to conduct mediation is extended to May 22, 2014. To the extent the parties request an extension of time to file the reporter's record, the motion is granted. The reporter's record is due to be filed on June 6, 2014. To the extent the parties request an extension of briefing deadlines, the motion is dismissed. Because the appellate record is not yet complete, briefing deadlines are not set.** *See* **TEX. R. APP. P. 34.1, 38.6.**

Judge's signature:   /s/ Jim Sharp
                 ☑ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date: April 22, 2014

November 7, 2008 Revision